IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

BRANDON SMITH,

     Plaintiff,

v.                              Case No.: 3:23-cv-00067

MARY F. MCMILLEN, et al.

     Defendants.

---

NOTICE OF SETTLEMENT

---

     Plaintiff, BRANDON SMITH, hereby gives notice that the parties have reached a tentative

settlement, subject to approval of the settlement documents and final terms. Upon executing the

approved settlement documents, the parties will file the necessary paperwork to dismiss the case

with prejudice.

     Respectfully submitted this 28th day of March, 2023.

                    RESPECTFULLY SUBMITTED,

                    */s/ Davis A. Stephenson*
                    Davis A. Stephenson #039015
                    WAMPLER, CARROLL, WILSON
                    AND SANDERSON, P.L.L.C.
                    208 Adams Avenue
                    Memphis, Tennessee 38103
                    (901) 523-1844 – phone
                    (901) 523-1857 – fax
                    alex@wcwslaw.com
                    ***Attorney for Plaintiff***

**CERTIFICATE OF SERVICE**

The undersigned does hereby certify that on the 28th day of March, 2023, the foregoing document is being served this day on all parties of record identified on the Service List set forth below via the Court's electronic filing system.

*/s/ Davis A. Stephenson*

**SERVICE LIST**

M. Thomas McFarland, #33432
Gullett Sanford Robinson & Martin PLLC
150 3rd Avenue South, Suite 1700
Nashville, TN  37201
(615) 244-4994 – Phone
(615) 256-6339 – Fax
tmcfarland@gsrm.com
***Attorney for Defendant***